**MEMO ENDORSED**



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **THOMAS LINDEMAN**<br>Tel.: (212) 356-0418<br>tlindema@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2024

January 2, 2024

**VIA ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States District Court
40 Foley Square
New York, New York, 10007

    Re: *Bd. Of Educ. v. Y.F. et al*, 23-cv-8883(VEC)

Dear Judge Caproni:

  I am a Senior Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Plaintiffs in the above-referenced action.

  I write to respectfully request that the initial pretrial conference currently scheduled in this matter for Friday, January 5, 2024 at 10:00 AM be adjourned to Friday, January 12, 2024 at 10:00 AM, Friday, January 19, 2024 at 10:00 AM, or another time convenient to the Court. This is the first request for such an extension. Defendants consent to this request.

  I am currently scheduled to appear in multiple conflicting matters on the morning of Friday, January 5, 2024 between 10:00 AM and 12:00 PM. The requested adjournment will allow me to meet those separate obligations without prejudice to Defendants.

  Thank you for considering this request.

            Respectfully submitted,
              /s/
            Thomas Lindeman
            Senior Counsel

cc: Laura Dawn Barbieri Esq. (via ECF)

---

Application GRANTED. The Initial Pretrial Conference scheduled for Friday, January 5, 2024, at 10:00 A.M. is hereby ADJOURNED until **Friday, January 12, 2024, at 10:00 A.M.**

SO ORDERED.

*[signature]*
01/02/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE