USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BOARD OF EDUCATION OF THE CITY    :
SCHOOL DISTRICT OF THE CITY OF NEW   :
YORK,    :
                      Plaintiff,    :
    :         23-CV-8883 (VEC)
    -against-    :
    :        ORDER
Y.F., by and through his Parents, C.F. and M.F.;  :
C.F., individually and on behalf of her son, Y.F.;  :
and M.F., individually and on behalf of his son,  :
Y.F.,    :
    :
                Defendants.  :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the fact discovery deadline is currently Monday, April 22, 2024, and a post-discovery conference is currently scheduled for Friday, April 26, 2024, at 10:00 A.M., *see* CMP, Dkt. 10; and

WHEREAS on January 12, 2024, the parties appeared for an initial status conference (the "Conference");

IT IS HEREBY ORDERED that for the reasons stated at the Conference, the fact discovery deadline is extended to **Friday, June 7, 2024**. The post-discovery conference is correspondingly adjourned until **Friday, June 7, 2024, at 10:00 A.M.** The parties' joint letter as set forth at Dkt. 10 is due not later than **Thursday, May 30, 2024**.

IT IS FURTHER ORDERED that for the reasons stated at the Conference, the parties must jointly file monthly updates on the status of discovery on the fifteenth of the month, or if the fifteenth falls on a weekend or holiday, on the next business day thereafter. The first status update is due **Thursday, February 15, 2024**.

**SO ORDERED.**

**Date:  January 12, 2024**
       **New York, New York**

                                   **VALERIE CAPRONI**
                          **United States District Judge**