USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
BOARD OF EDUCATION OF THE CITY :
SCHOOL DISTRICT OF THE CITY OF NEW :
YORK, :
                        Plaintiff, :
                                         :      23-CV-8883 (VEC)
          -against- :
                                         :         <u>ORDER</u>
Y.F., by and through his Parents, C.F. and M.F.; :
C.F., individually and on behalf of her son, Y.F.; :
and M.F., individually and on behalf of his son, :
Y.F., :
                        Defendants. :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared before the Undersigned for a teleconference on May 2, 2024, regarding a discovery dispute in this matter.

      IT IS HEREBY ORDERED that the parties must submit a joint letter by **May 17, 2024**, stating whether they have resolved the dispute, and if not, setting forth each side's proposal.

**SO ORDERED.**

**Date:** May 2, 2024
       New York, New York

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**