**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2024

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LINDEMAN**
**Tel.: (212) 356-0418**
tlindema@law.nyc.gov

August 7, 2024

**VIA ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States District Court
40 Foley Square
New York, New York, 10007

Re: *Bd. Of Educ. v. Y.F. et al*, 23-cv-8883(VEC)

Dear Judge Caproni:

I am a Senior Counsel in the office of Acting Corporation Counsel Muriel Goode-Trufant, attorney for Plaintiffs in the above-referenced action.

I write on behalf of both parties in accordance with the Court's August 2, 2024 correspondence and subsequent reminder to respectfully request that the post-discovery conference scheduled for August 9, 2024 be adjourned *sine die*, with a status letter due no more than ten days after Magistrate Judge Willis lifts the stay on discovery advising the Court and proposing dates for a rescheduled conference.

The parties apologize for the belated filing of this request. The undersigned was ill for much of the last week. The parties will take steps to ensure that future requests are made in a more timely fashion.

Thank you for considering this submission.

Respectfully submitted,
_____/s/_____
Thomas Lindeman
Senior Counsel

cc: Laura Dawn Barbieri Esq. (via ECF)

Application GRANTED.  The conference scheduled for August 9, 2024, is hereby ADJOURNED *sine die.*  The parties must submit a joint status letter not later than ten days after Magistrate Judge Willis lifts the stay on discovery advising the Court and proposing dates for a rescheduled conference.

SO ORDERED.

8/7/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE