# LAURA D. BARBIERI, PLLC

<——————————————————————————————————————————>

Defendants request is GRANTED *nunc pro tunc*. However, the filed proposed amended case management plan includes several confusing dates and deadlines that have passed. The Parties are ordered to refile a proposed case management plan only including amended dates with deadlines to expire in the near future. The proposed amended case management plan is due February 24, 2025.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
February 19, 2025

BY ECF

Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

RE:    *BOE v. YF, et al.*, 23-cv-8883 (VEC) (JW)
       Letter Motion for an Extension of Time

Dear Magistrate Judge Willis:

I represent the Defendants in the above matter and apologize for missing the deadline to file a revised proposed case management plan. I recently traveled to Florida, where I currently am until late Tuesday, February 11, 2025, to check on my 85-year-old father with prostate cancer, and prior to traveling, had secured Plaintiff counsel's consent to request a one-week extension in the deadline. Unfortunately, due to the weather conditions, my travel schedule was negatively impacted, as was my ability to file a letter in advance of the deadline.

Again, please accept my apologies for this late request for a one week extension in the parties filing a revised case management plan. The revised proposed case management plan, if this request is granted, would be filed on the docket on or before Friday, February 14, 2025.

Thank you for your consideration of this request.

Respectfully submitted,

*Laura Dawn Barbieri*
Laura Dawn Barbieri

cc: All counsel of record by ecf

---

115 W. 73rd Street, Ste. 1B, New York, New York 10023
(914) 819-3387 (call or text)
LDBarbLaw@gmail.com  ***  www.LDBarbLaw.com