**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-against-

Y.F., *by and through his Parents*, C.F. and M.F., C.F. *individually and on behalf of her son*, Y.F., and M.F., *individually and on behalf of his son*, Y.F.,

Defendants.

---------------------------------------------------------------X

**ORDER**

**23-CV-8883 (VEC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties and non-party RFTS (by way of defense counselor Barbieri) appeared before the Court for oral argument regarding outstanding discovery requests outlined in a joint letter at Dkt. No. 76. For reasons stated more fully on the record, the Court orders the following:

- Plaintiff's request to compel RFTS to respond to its subpoena is **DENIED**. Plaintiff has leave to serve a more narrowed subpoena that focuses solely on the production of payroll records and bank statements for the 2021-2022 school year.
- Defendants' request to compel Plaintiff to respond to the enumerated discovery requests in Dkt. No. 76 is **DENIED**. The parties are directed to meet and confer in good faith regarding Defendants' outstanding requests. Defendants have leave to file a letter motion to compel in accordance with this Court's

individual rules once the discovery issues are ripe. In order for the parties and for the Court to meaningfully engage with the issues, all future letters must list only outstanding, ripe requests as well as the parties' positions. The Court will not entertain arguments made for the first time during oral argument.

- The parties are to order a transcript of the August 5 hearing and provide a courtesy copy to the Court at WillisNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

DATED: New York, New York
August 5, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge