UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br>Plaintiff,<br>-against-<br>Y.F., by and through his Parents, C.F. and M.F.; C.F., individually and on behalf of her son, Y.F.; and M.F., individually and on behalf of his son, Y.F.,<br>Defendants. | 23-CV-8883 (VEC)<br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS the Parties appeared before Magistrate Judge Willis for a discovery dispute on August 5, 2026;

WHEREAS Magistrate Judge Willis entered an Order allowing for the issuance of certain subpoenas subject to the limitations set forth in that Order, *see* Dkt. 77; and

WHEREAS Defendants Y.F., by and through his parents C.F. and M.F., and C.F. and M.F. individually (collectively, "Defendants"), together with non-parties Reach for the Stars Learning Center ("RFTS-LC") and Reach for the Stars Learning and Developing LLC ("RFTS-LD," and with RFTS-LC, the "RFTS Entities"), filed objections to Magistrate Judge Willis's Order pursuant to Fed. R. Civ. P. 72(a) on August 19, 2026, *see* Dkt. 78.

IT IS HEREBY ORDERED that Defendants' and the RFTS Entities' request for leave to brief the question of whether financial records of this character may be received as "additional" evidence on review under 20 U.S.C. § 1415(i)(2)(C)(ii) is GRANTED. Defendants and the RFTS Entities must submit their brief on this question not later than **Friday, September 11,**

**2026**. Plaintiff must submit a consolidated response to Defendants' and the RFTS Entities' Rule 72(a) objections and their submission on the issue of additional evidence not later than **Friday, September 25, 2026**.

IT IS FURTHER ORDERED that the return date of the August 14, 2026, subpoenas is STAYED pending resolution of Defendants' and the RFTS Entities' objections to Magistrate Judge Willis's Order, *see* Dkt. 77.

**SO ORDERED.**

**Date: August 26, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**