**MEMO ENDORSED**

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LINDEMAN**
**Tel.: (212) 356-0418**
**tlindema@law.nyc.gov**

September 25, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 09/28/2026

**VIA ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States District Court
40 Foley Square
New York, New York, 10007

Re: *Bd. Of Educ. v. Y.F. et al*, 23-cv-8883(VEC)(JW)

Dear Judge Caproni

I am Senior Counsel in the office of Corporation Counsel Steven Banks, attorney for Plaintiff in the above-referenced action.

I write on behalf of Plaintiff to seek leave to file the administrative record at issue in the instant matter under seal. Defendants consent to this request. The records in question are protected by FERPA, which "prohibits the federal funding of schools that have a policy or practice of permitting the release of students' education records without their parents' written consent." *Gonzaga Univ. v. Doe*, 536 U.S. 273, 273, 122 S. Ct. 2268, 153 L. Ed. 2d 309 (2002). Where, as here, those records are necessary for the resolution of a dispute, “Other courts recognizing an educational institution's obligations under FERPA have accordingly required that disclosure of students' records occur on an AEO-only basis.” *Wright v. Ethical Culture Fieldston Sch.,* 2025 U.S. Dist. LEXIS 231856 (S.D.N.Y. Nov. 25, 2025).

Thus, Plaintiff respectfully request that it be allowed to file under seal the educational records associated with SRO Decision 23-064 and attached to the Declaration of Thomas Lindeman.

Thank you for considering this submission.

Respectfully submitted,
/s/
Thomas Lindeman
Senior Counsel

Application GRANTED.

SO ORDERED.

Valerie Caproni 09/28/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Laura Dawn Barbieri Esq. (via ECF)